Form a11pcbdt
(Rev. 12/15)

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

In Re:  Richard Dee Rausch
        Karen Beth Rausch
              Debtor(s)

SSN/TAX ID:
        xxx−xx−0838
        xxx−xx−9203

Case No.: 2:16−bk−55719

Chapter:  11

Judge:  John E. Hoffman Jr.

### NOTICE OF LAST DAY TO FILE PROOFS OF CLAIM

In accordance with the Order Fixing Proofs of Claim Bar Date, and pursuant to Bankruptcy Rule 3003(c)(3), a deadline has been established within which Proofs of Claim or interest may be filed.

**It has been Ordered that the last day for filing Proofs of Claim or interest in this case is: January 2, 2017.**

The Debtor's schedules are available for review at the Clerk's office during ordinary business hours.

If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the deadline listed above or you may not be paid any money on your claim against the debtor in the bankruptcy case.

Proofs of Claim should be filed with the Clerk of the bankruptcy court at the address above.

If you would like to electronically complete and file a Proof of Claim form, you may do so at the following web site: https://www.ohsb.uscourts.gov/proofofclaim.aspx

If you do not have access to a computer, or prefer to file the Proof of Claim manually, a Proof of Claim form ("Official Form 410") can be obtained at www.uscourts.gov or at any bankruptcy clerk's office.  If you are filing by mail and wish to receive proof of receipt by the bankruptcy court, enclose an extra copy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing the Proof of Claim.

**Any creditor who has filed a Proof of Claim already need not file another Proof of Claim.**

Dated: October 6, 2016

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court