**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

IN RE:

    Richard D. Rausch                                    Case #16-55719

    Karen B. Rausch                                     Chapter 11

                Debtors                                         Judge Hoffman

**NOTICE OF WITHDRAWAL AS COUNSEL FOR DEBTORS**

Now comes John F. Cannizzaro, Attorney for Richard & Karen Rausch and hereby submits this Notice of Withdrawal pursuant to Rule 2091-1 of the Local Bankruptcy Rules. John F. Cannizzaro, will be appointed Union County Common Pleas Court Magistrate. Mr. Cannizzaro cannot engage in the private practice of law pursuant to Rule 3.10 of the Ohio Code of Judicial Conduct. The Debtors shall continue to be represented by Amy E. Gullifer, Attorney at Law, who is also a member of Bridges, Jillisky & Streng, LLC, 302 S. Main Street, Marysville, OH 43040.

WHEREFORE, counsel respectfully requests leave to withdraw as counsel for Richard & Karen Rausch.

/s/ Richard D. Rausch                          /s/ John F. Cannizzaro
Richard D. Rausch                               John F. Cannizzaro   #0005096
                                                        BRIDGES, JILLISKY &
                                                        STRENG, LLC
/s/ Karen B. Rausch                           302 S. Main St.
Karen B. Rausch                                 Marysville, OH 43040
                                                        937-644-9125
                                                        937-644-0754 (fax no.)
                                                        bkadmin@cfbjs.com

## Certificate of Service

      I hereby certify that a true copy of the foregoing Notice to Withdraw as Counsel was served by ECF service upon Frank M. Pees, Chapter 13 Trustee; U. S. Trustee's Office; and by ordinary U.S. Mail service to Richard & Karen Rausch, 17483 Robinson Road, Marysville, OH 43040 on this 1st day of May 2017.

                                                   /s/ John F. Cannizzaro
                                                 John F. Cannizzaro