## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:

    Richard D. Rausch                                                                Case #16-55719

    Karen B. Rausch                                                             Chapter 11

                Debtors                                                               Judge Hoffman

### FIRST MODIFICATION TO AMENDED PLAN OF REORGANIZATION FOR RICHARD RAUSCH AND KAREN RAUSCH, DEBTORS AND DEBTORS IN POSSESSION [RELATED DOCUMENT NO. 54]

Now come Richard D. Rausch and Karen B. Rausch, Debtors and Debtors in Possession ("Debtors"), and hereby modify the *Amended Plan of Reorganization for Richard Rausch and Karen Rausch* (Doc. No. 54) (the "Plan") filed herein on April 24, 2017 as follows:

1.    The Debtors modify the Plan by correcting the description of plan treatment for <u>Class 3.3, All Other General, Unsecured Claims</u> found in Article IV by substituting references to "Class 3.2" with references to "Class 3.3" so that the Plan Treatment for Class 3.3 reads as follows:

> Debtors shall fund payments to Class 3.3 from wages and Debtors' 2015 federal income tax refund.
>
> Debtors shall pay 25% of any allowed claim in Class 3.3.
>
> The claims will be paid in the following manner: Holders of allowed claims in Class 3.3 will receive 2% of its allowed claim on the effective date of the Plan. Holders of allowed claims in Class 3.3 will receive regular, quarterly payments beginning July 2017. Payments will be completed in or before July 2022.

Dated: June 21, 2017                                                    /s/ Richard D. Rausch
                                                                                         Richard D. Rausch

                                                                                         /s/ Karen B. Rausch
                                                                                         Karen B. Rausch

/s/ Amy E. Gullifer
Amy E. Gullifer # 0074218
Attorney for Debtors
BRIDGES, JILLISKY & STRENG, LLC
302 South Main Street
Marysville, Ohio 43040
937-644-9125(phone no.)
937-644-0754(fax no.)
bkadmin@cfbjs.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Modification to Amended Plan of Reorganization of Richard Rausch and Karen Rausch, Debtors and Debtors in Possession* was served on the following parties or their counsel as reflected on the attached Service List, by ECF e-mail notice transmission or ordinary U.S. Mail, this 21st day of June, 2017.

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case, who were served by ECF e-mail notice transmission:

Asst US Trustee (Col)     ustpregion09.cb.ecf@usdoj.gov
Jeremy Shane Flannery     Jeremy.S.Flannery@usdoj.gov
Brian M Gianangeli     bgianangeli@mifsudlaw.com
Amy Elizabeth Gullifer     bkadmin@cfbjs.com, agullifer@cfbjs.com
Frederick M Luper     fluper@LNLattorneys.com
Anthony Raluy     traluy@rendigs.com

**Manual Notice List**

The following is the list of parties who are not on the list to receive e-mail notice/service for this case, who were served by ordinary U.S. Mail:

A.C. Strip, Attorney for Receiver
575 S. Third Street
Columbus, OH 43215-5755

Advanta Bank Corporation
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Advanta Bk
c/o Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Buck Ridge Golf Club, Inc.
17487 Robinson Rd
Marysville, OH 43040-9029

Buck Ridge Golf Course, Inc.
17487 Robinson Rd
Marysville, OH 43040-9029

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank USA NA
PO Box 71083
Charlotte NC 282721083

Chase Card Services
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850-5298

Citibank / Sears
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179-0040

Citibank North America
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179-0040

Comenity Bank/Lane Bryant
Po Box 182125
Columbus, OH 43218-2125

First Bank
Special Assets, Attn: Wayne Ballinger
Mail Code M1-800-085
11901 Olive Blvd.
St. Louis, MO 63141-6736

Gary Aller
461 Maranatha Drive
Marysville, OH 43040-5520

Honda Federal Credit Union
17655 Echo Dr.
Marysville, OH 43040-9793

Honda of America Mfg., Inc.
24000 Honda Parkway
Marysville, OH 43040-9251

Huntington Natl Bk
Huntington National Bank - Bankruptcy No
Po Box 89424
Cleveland, OH 44101-6424

Hyun Young Lee
20416 SW 85th Ave.
Cutler Bay, FL 33189-2501

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

James Hofmeister
208 Dunbarton Road
Columbus, OH 43230-2819

James J Hofmeister
208 Dunbarton Rd
Gahanna OH 43230-2819

LSCG Fund 31, LLC
13949 ventura blvd.
Suite 300
SHERMAN OAKS, CA 91423-3570

LSCG Fund 31, LLC
13949 Ventura Blvd #300
Sherman Oaks, CA 91423-3570

Marilyn Rausch
17600 Robinson Road
Marysville, OH 43040-9065

Memorial Hospital
500 London Avenue
Marysville, OH 43040-1594

Mohela/Dept of Ed
633 Spirit Dr
Chesterfield, MO 63005-1243

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Karen Beth Rausch
17483 Robinson Road
Marysville, OH 43040-9029

Richard Dee Rausch
17483 Robinson Road
Marysville, OH 43040-9029

Securities and Exchange
175 W Jackson Blvd #900
Chicago IL 60604-2908

State of Ohio Department of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43266-0030

State of Ohio Revenue Recovery AG
150 E. Gay St 21st Fl Bankruptcy Dept
Columbus, OH 43215-3130

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Attorney General's Office
303 Marconi Blvd #200
Columbus, OH 43215-2326

U.S. Attorney General's Office
Main Justice Bldg Room 5111
10th & Constitution Ave NW
Washington, DC 20530-0001

U.S. Small Business Administration
409 3rd St. SW
Washington, DC 20416-0002

US Dept of Education/MOHELA
633 Spirit Dr
Chesterfield MO 63005-1243

United States Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220-0001

Visa Dept Store National Bank
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040-8053


/s/ Amy E. Gullifer
Amy E. Gullifer # 0074218