**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 16-55719 |
| Richard D. Rausch | : | |
| Karen B. Rausch | : | Chapter 11 |
| Debtors. | : | |
| | : | Judge Hoffman |

**STIPULATION EXTENDING DEADLINE TO RESPOND TO DEBTORS' OBJECTION TO THE OHIO DEPARTMENT OF TAXATION'S CLAIM FILED OCTOBER 20, 2016 IN THE AMOUNT OF $48,429.46 AND ASSIGNED CLAIM NO. 5 [DOCKET NO. 64]**

Ohio Department of Taxation ("DOT"), and Debtors Richard D. Rausch and Karen B. Rausch, by and through their counsel, hereby stipulate and agree that the deadline for DOT to file a response to Debtors' Objection to The Ohio Department of Taxation's Claim Filed on October 20, 2016 in the Amount of $48,429.46 and assigned Claim No. 5 (Docket No. 64) shall be August 15, 2017.

AGREED,

| | |
|---|---|
| /s/ Erin M. Dooley | /s/ Amy E. Gullifer |
| Charles A. Mifsud (0070498) | Amy E. Gullifer (0074218) |
| Special Counsel to the Attorney General | BRIDGES, JILLISKY & STRENG, LLC |
| Brian M. Gianangeli (0072028) | 302 South Main Street |
| Erin M. Dooley (0089092) | Marysville, OH 43040 |
| The Law Office of Charles Mifsud, LLC | Phone – (937) 644-9125 |
| 6305 Emerald Parkway | Fax – (937) 644-0754 |
| Dublin, Ohio 43016 | Attorney for Debtors, |
| Phone – (614) 389-6357 | Richard D. Rausch & Karen B. Rausch |
| Fax – (614) 389-2294 | |
| Attorneys for the State of Ohio, | |
| Department of Taxation | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation was served electronically through the Court's ECF system at the email address registered with the Court on the 14th day of July, 2017 upon:

| | |
|---|---|
| Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, Ohio 4321 | Jeremy Shane Flannery<br>Office of the United States Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215 |
| Amy Elizabeth Gullifer<br>Bridges, Jillisky & Streng, LLC<br>302 S. Main Street<br>Marysville, OH 43040 | Brian M Gianangeli<br>6305 Emerald Parkway<br>Dublin, OH 43016 |
| Frederick M Luper<br>1160 Dublin Road<br>Suite 400<br>Columbus, OH 43215-3301 | Anthony Raluy<br>Rendigs Fry Kiely & Dennis, LLP<br>500 W. Jefferson St., Suite 1515<br>Louisville, KY 40202 |

I certify that a copy of the foregoing was served by U.S. mail, postage prepaid, on the 14th day of July, 2017 upon:

Richard Dee Rausch
Karen Beth Rausch
17483 Robinson Road
Marysville, OH 43040

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

/s/ Erin M. Dooley
Erin M. Dooley (0089092)