**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 16-55719 |
| Richard D. Rausch | : | |
| Karen B. Rausch | : | Chapter 11 |
| Debtors. | : | |
| | : | Judge Hoffman |

**WITHDRAWAL OF OBJECTION OF CREDITOR STATE OF OHIO DEPARTMENT OF TAXATION TO CONFIRMATION OF PLAN [DOCKET NOS. 68 & 69]**

State of Ohio Department of Taxation ("DOT"), hereby withdraws its Objection to Confirmation of the Plan [Docket Nos. 68 & 69]. Debtors 2nd Amended Chapter 11 Plan filed on July 14, 2017 [Docket No. 71-1] resolves all issued raised in DOT's Objection.

Respectfully submitted,
Mike DeWine
Attorney General of Ohio

/s/ Erin M. Dooley
Charles A. Mifsud (0070498)
Special Counsel to the Ohio Attorney General
Erin M. Dooley (0089092)
THE LAW OFFICE OF CHARLES MIFSUD, LLC
6305 Emerald Parkway
Dublin, OH 43016
(614) 389-6357 – phone
(614) 389-2294 – fax
erin.dooley@mifsudlaw.com
Attorneys for Creditor State of Ohio,
Department of Taxation

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Withdrawal of Objection to Confirmation was served electronically through the Court's ECF system at the email address registered with the Court on the 17th day of July, 2017 upon:

| | |
|---|---|
| Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, Ohio 4321 | Jeremy Shane Flannery<br>Office of the United States Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215 |
| Amy Elizabeth Gullifer<br>Bridges, Jillisky & Streng, LLC<br>302 S. Main Street<br>Marysville, OH 43040 | Brian M Gianangeli<br>6305 Emerald Parkway<br>Dublin, OH 43016 |
| Frederick M Luper<br>1160 Dublin Road<br>Suite 400<br>Columbus, OH 43215-3301 | Anthony Raluy<br>Rendigs Fry Kiely & Dennis, LLP<br>500 W. Jefferson St., Suite 1515<br>Louisville, KY 40202 |

I certify that a copy of the foregoing was served by U.S. mail, postage prepaid, on the 17th day of July, 2017 upon:

Richard Dee Rausch
Karen Beth Rausch
17483 Robinson Road
Marysville, OH 43040

/s/ Erin M. Dooley
Erin M. Dooley (0089092)