**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 16-55719 |
| Richard D. Rausch | : | |
| Karen B. Rausch | : | Chapter 11 |
| Debtors. | : | |
| | : | Judge Hoffman |

**THIRD STIPULATION EXTENDING DEADLINE TO RESPOND TO DEBTORS' OBJECTION TO THE OHIO DEPARTMENT OF TAXATION'S CLAIM FILED OCTOBER 20, 2016 IN THE AMOUNT OF $48,429.46 AND ASSIGNED CLAIM NO. 5
[DOCKET NO. 64]**

Ohio Department of Taxation ("DOT"), and Debtors Richard D. Rausch and Karen B. Rausch, by and through their counsel, hereby stipulate and agree that the deadline for DOT to file a response to Debtors' Objection to The Ohio Department of Taxation's Claim Filed on October 20, 2016 in the Amount of $48,429.46 and assigned Claim No. 5 (Docket No. 64) shall be October 14, 2017. The parties have resolved certain aspects of the Objection and continue working towards a resolution of all matters. The parties believe that the concerns raised in the Objection will be resolved if additional time is granted.

AGREED,

/s/ Erin M. Dooley
Charles A. Mifsud (0070498)
Special Counsel to the Attorney General
Brian M. Gianangeli (0072028)
Erin M. Dooley (0089092)
The Law Office of Charles Mifsud, LLC
6305 Emerald Parkway
Dublin, Ohio 43016
Phone – (614) 389-6357
Fax – (614) 389-2294
Attorneys for the State of Ohio,
Department of Taxation

/s/ Amy E. Gullifer
Amy E. Gullifer (0074218)
BRIDGES, JILLISKY & STRENG, LLC
302 South Main Street
Marysville, OH 43040
Phone – (937) 644-9125
Fax – (937) 644-0754
Attorney for Debtors,
Richard D. Rausch & Karen B. Rausch

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation was served electronically through the Court's ECF system at the email address registered with the Court on the 14th day of September, 2017 upon:

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, Ohio 4321

Jeremy Shane Flannery
Office of the United States Trustee
170 North High Street
Suite 200
Columbus, OH 43215

Amy Elizabeth Gullifer
Bridges, Jillisky & Streng, LLC
302 S. Main Street
Marysville, OH 43040

Brian M Gianangeli
6305 Emerald Parkway
Dublin, OH 43016

Frederick M Luper
1160 Dublin Road
Suite 400
Columbus, OH 43215-3301

Anthony Raluy
Rendigs Fry Kiely & Dennis, LLP
500 W. Jefferson St., Suite 1515
Louisville, KY 40202

Charles R Dyas
Dyas Law LLC
P.O. Box 991
Marysville, OH 43040

I certify that a copy of the foregoing was served by U.S. mail, postage prepaid, on the 14th day of September, 2017 upon:

Richard Dee Rausch
Karen Beth Rausch
17483 Robinson Road
Marysville, OH 43040

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

/s/ Erin M. Dooley
Erin M. Dooley (0089092)